CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CREDIGY RECEIVABLES INC.

Plaintiff

-Against -

NIRMAL SINGH

Defendant.

Index No.
Credigy File No. 10105916

# Verified Complaint

Plaintiff, by its attorneys, complaining of the Defendant, alleges:

1. That CREDIGY RECEIVABLES INC., current holder of an account originated by Fleet Bank, is a corporation organized and existing under the laws of the State of Nevada, with its principal place of business at 2877 Paradise Road, Suite 303, Las Vegas, Nevada 89109.

2. That the Defendant resides in the county in which this action is brought or that the Defendant, at some or all times relevant to his action, has transacted business within the county in which the action was brought and such business was transacted in person or through Defendant's agent in such county and that the instant cause of action arose out of said transaction.

3. The agreement sued upon herein was duly assigned to Plaintiff and notice thereof was duly given to Defendant.

4. That there are monies due from Defendant to Plaintiff, plus agreed upon and/or reasonable attorney fees, if any, for charges incurred and/or loans granted in connection with credit card(s) issued by Plaintiff's assignor pursuant to credit card agreement(s) made in compliance with the law, a copy of which agreement(s) were duly mailed to Defendant.

5. On or before March 31, 2002, Defendant defaulted in payment and pursuant to the terms of the agreement(s), there is a principal balance due and owing in the amount of $9,371.51, with interest accrued thereon at the rate of 9.00% from March 31, 2002 together with attorney fees of $2,634.63 and all other costs, disbursements and collection costs associated with this action which may be permitted by contract or which are otherwise permitted by applicable law.

6. The above debt arises from account number 5447-1951-2332-8187, originally issued by Fleet Bank.

WHEREFORE, Plaintiff demands judgment against Defendant for the sum of $9,371.51, with interest accrued thereon at the rate of 9.00% from March 31, 2002 together with attorney fees of $2,634.63, and all other costs, disbursements and collection costs permitted by law.

Morse Geller
*Attorney for Plaintiff*
P.O. Box 70
West Hempstead, NY 11552
(516) 584-1603 (Tel)

WE ARE DEBT COLLECTORS: ANY INFORMATION OBTAINED WILL BE USED IN ATTEMPTING TO COLLECT THIS DEBT.

VERIFICATION
STATE OF NEW YORK, COUNTY OF NASSAU
The undersigned, an attorney at law licensed in the State of New York, affirms the following to be true under the penalty of perjury: The foregoing Complaint is true to my knowledge, except as to matters stated to be on information and belief, and as to those matters, I believe them to be true. The reason this verification is made by me and not by Plaintiff is that Plaintiff does not have offices in the county where I maintain my office. The grounds of my belief as to all matters not stated upon my own knowledge are books and records furnished to me by Plaintiff as well as through telephone conversations with Plaintiff's officers and/or employees relevant to this action.

Dated: [illegible] 0 6 2006

Morse Geller