UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

NIRMAL SINGH,

            Plaintiff

    -against-

CREDIGY RECEIVABLES, INC.,
HOUSLANGER & ASSOCIATES, PLLC

          Defendant
------------------------------------------------------------------------------X

**Notice of Appearance**

15-cv-01135-MKB-VMS

To:    The clerk of court and all parties of record:

PLEASE TAKE NOTICE THAT the defendant, Credigy Receivables, Inc., hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

**Dated:**    **New York, NY**
                **April 27, 2015**

                /S/ Scott E. Wortman
                Warshaw Burstein, LLP
                By:  Scott E. Wortman, Esq.
                Direct Dial: (212) 9847-7723
                Direct Facsimile: (212) 972-9150
                E-mail: swortman@wbcsk.com