**WARSHAW BURSTEIN, LLP**
555, Fifth Avenue
New York, NY 10017
Telephone: 212-984-7700
www.wbcsk.com



Scott E. Wortman
Partner
212-984-7723
swortman@wbcsk.com

May 11, 2015

Hon. Vera M. Scanlon, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

**Re:** *Singh v. Houslanger & Associates, P.L.L.C. et al*
15-cv-01135-MKB-VMS (E.D.N.Y)

Dear Judge Scanlon,

I am counsel for Defendant Credigy Receivables, Inc., ("Credigy") in the above referenced action. Credigy is writing to advise the Court that all parties are engaged in meaningful good faith settlement discussions. In light of this, the Defendants are requesting a two week extension (up to and including 5/29/2015) as to when Defendants must respond to Plaintiff's complaint filed herein. As it stands, on 4/27/2015, the Court ordered that all Defendants must answer or otherwise move by 5/15/2015.

Pursuant to the Court's rules, I am advising that there has been no previous request for extension or adjournment, and that Plaintiff consents to this request. Also, this request does not impact any other scheduled dates.

Thank you for your attention and consideration of the foregoing.

Respectfully submitted,

/S/: *Scott E. Wortman*
**Scott E. Wortman**

Cc:
<u>Via ECF and Email</u>
Alex Kadochnikov
alexander@gklawfirm.net

Todd E. Houslanger
teh@toddlaw.com